IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CRAIG ALAN WEST,                :

     Petitioner           :

                          :
     vs.                       CIVIL NO. 1:CV-09-0244
                          :
RAYMOND J. SOBINA, and              (Judge Caldwell)
ATTORNEY GENERAL OF             :
THE STATE OF PENNSYLVANIA,      (Magistrate Judge Mannion)
                          :
     Respondents

*O R D E R*

AND NOW, this 13th day of April, 2009, upon consideration of the report and recommendation of the magistrate judge (doc. 6) filed March 9, 2009, to which no objections were filed, and upon an independent review of the record, it is ordered that:

    1. The magistrate judge's report is approved.

    2. Plaintiff's action is dismissed for lack of subject matter jurisdiction.

    3. A certificate of appealability is denied.

    4. Petitioner's request to proceed in forma pauperis is denied as moot.

    5. The Clerk of Court shall close this file.

                               /s/William W. Caldwell
                               William W. Caldwell
                               United States District Judge